UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LITTLE RIVER BAND OF OTTAWA
INDIANS,

       Plaintiff,                              Case No. 1:09-cv-141

v.                                             HON. JANET T. NEFF

NATIONAL LABOR RELATIONS
BOARD,

       Defendant.
_____/

## JUDGMENT

      In accordance with the Opinion and Order entered this date:

      It is the Judgment of the Court that plaintiff's complaint be DISMISSED pursuant to FED. R. CIV. P. 12(b)(1) & (h)(3) for lack of subject-matter jurisdiction.

      This Judgment resolves all pending claims, and the case is therefore TERMINATED.

DATED: September 20, 2010                 /s/ Janet T. Neff
                                                      JANET T. NEFF
                                                      United States District Judge